# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: M.A.J.F., A MINOR | : | No. 1 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: K.T., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: M.T.F. JR., A MINOR | : | No. 2 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: K.T., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: K.A.-M.T., A MINOR | : | No. 3 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: K.T., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.